[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1203 

JOHN S. NORTON, SR.,

Plaintiff, Appellant,

v.

TOWN OF LONG ISLAND,

Defendant, Appellee.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. D. Brock Hornby, U.S. District Judge]



Before

Selya, Boudin and Stahl,
Circuit Judges.



John S. Norton on brief pro se.
John S. Whitman , Carol I. Eisenberg and  Richardson, Whitman, Large
& Badger, on brief for appellee.



JULY 29, 1997


Per Curiam . We have carefully reviewed the record on

appeal and affirm on grounds of issue preclusion. In a prior

suit, the appellant was given the opportunity to fully litigate

the issue of whether his claims are cognizable under the Civil

Rights Act. The judgment against the appellant in the prior

suit bars him from re-litigating the issue here.

Affirmed. Loc. R. 27.1.

The appellant's motion for oral argument is hereby denied.
Oral argument would not advance the decisional process. See
1st Cir. Loc. R. 34.1.

-2-